■ In the Matter of DERRA G. and Others, Children Alleged to be Abused. VERE T., JR., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. [647 NYS2d 946] —Order of disposition, Family Court, Bronx County (Rhoda Cohen, J.), entered January 25, 1995, which, *inter alia*, adjudicated respondent an abusive parent and placed the subject children with their mother under the supervision of the Child Welfare Administration, following a fact-finding determination that he had sexually abused his stepdaughter, unanimously affirmed, without costs.

The court's determination of sexual abuse was amply supported by a preponderance of the evidence (Family Ct Act § 1046 [b] [i]). The child's highly credible out-of-court statements were corroborated and supported by the record as a whole (*see,* Family Ct Act § 1046 [a] [vi]; *Matter of Nicole V.*, 71 NY2d 112, 118-119), including the uncontroverted medical records, which did not require medical testimony (*see, supra,* at 122; *Matter of Tyson G.*, 144 AD2d 673), as well as the statements of her brother (*see, Matter of Nicole V., supra,* at 124).

The court also acted within its discretion in denying respondent's motion for an additional adjournment so that he could choose to testify after the conclusion of his criminal trial

(see, *Matter of New York City Commr. of Social Servs. [Jason C.] v Elminia E.*, 134 AD2d 501, 502-503), particularly since the court drew no negative inference from respondent's failure to testify. Concur—Rosenberger, J. P., Ellerin, Williams, Mazzarelli and Andrias, JJ.